UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and GERBER AGRI INTERNATIONAL, LLC | * | CIVIL ACTION |
| | * | NO. |
| | * | SECTION: |
| Plaintiffs | * | |
| VERSUS | * | |
| DOLE OCEAN CARGO EXPRESS, INC. and M/V DOLE HONDURAS, her engines, tackle, etc., *in rem* | * | |
| | * | |
| Defendants | * | |

* * * * * * * *

**COMPLAINT**

Plaintiffs, National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Gerber Agri International, LLC ("Gerber"), by and through undersigned counsel, and for their Complaint against Defendants, Dole Ocean Cargo Express, Inc. ("Dole") and the M/V DOLE HONDURAS, her engines, tackle, etc., *in rem*, respectfully allege the following upon information and belief:

1.

This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1333.

2.

The Court has personal jurisdiction over Defendants and venue is proper, because Defendants have consented to the jurisdiction of the Court through a forum selection clause in the respective Bills of Lading herein.

3.

Plaintiff, National Union Fire Insurance Company of Pittsburgh, PA, is a corporation organized under the laws of the State of Pennsylvania.

4.

Plaintiff, Gerber Agri International, LLC, is a company organized under the laws of the State of Georgia.

5.

Defendant, Dole Ocean Cargo Express, Inc., is a corporation organized under the laws of the State of Nevada and has been engaged in business as a common carrier of merchandise by water for hire.

6.

Defendant, the M/V DOLE HONDURAS, at all relevant times herein, has been a general ship employed in the common carriage of merchandise by water for hire and is or will be during the pendency of this action within this District and within the jurisdiction of this Honorable Court.

7.

At all relevant times herein, the M/V DOLE HONDURAS was and is owned by Dole Ocean Cargo Express, Inc.

8.

On or about October 27, 2014, at Gulfport, Mississippi, Gerber delivered to Dole and the M/V DOLE HONDURAS as common carriers a shipment of frozen chicken leg quarters, then being in good order and condition, under Bill of Lading Number GPTZ2069GU.

9.

Also, on or about November 10, 2014, at Gulfport, Mississippi, Gerber delivered to Dole and the M/V DOLE HONDURAS as common carriers a shipment of frozen chicken leg quarters, then being in good order and condition, under Bill of Lading Number GPTZ2071GU.

10.

Dole and the M/V DOLE HONDURAS then and there accepted the above-referenced shipments so shipped and delivered to them and, in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry said shipments to Puerto Barrios, Guatemala, and there deliver the same in like good order and condition as when shipped, delivered to, and received by them to the consignee, Servicios y Perecederos S.A.

11.

Thereafter, while in transit the M/V DOLE HONDURAS failed to maintain the proper temperature and damaged the shipments of frozen chicken leg quarters in violation of Dole's and the vessel's obligations and duties as common carriers of merchandise by water for hire.

12.

National Union is the subrogated underwriter of Gerber, consignee, or owner of the above-referenced shipments and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in said shipment, as

their respective interests may ultimately appear, and National Union is entitled to maintain this action.

13.

By reason of the premises above, Plaintiffs sustained damages in the amount of $43,936.00, as nearly as can now be estimated, no part of which has been paid although duly demanded.

WHEREFORE, Plaintiffs pray for the following relief:

i. That process in due form of law issue against Defendants citing them to appear and answer all and singular the matters aforesaid;

ii. That judgment be entered in favor of Plaintiffs against Defendants for the amount of Plaintiffs' damages, together with interest and costs and the disbursements of this action;

iii. That if Defendants cannot be found within this District, then all their property within this District be attached in the sum of $43,936.00, with interest thereon and costs, the sum sued for in this Complaint;

iv. That process in due form of law according to the practice of this Court in causes of admiralty and maritime claims issue against the M/V DOLE HONDURAS, its engine, tackle, etc., and that all persons having or claiming any interest therein be cited to appear and answer under oath, all and singular the matters aforesaid, and that the Court pronounce judgment in favor of Plaintiffs for their damages, with

interest, costs and disbursements, and that the vessel may be condemned and sold to pay therefor; and

v. That the Court grant Plaintiffs such other and further relief as may be just and proper.

Respectfully submitted:

ERNST LAW FIRM, PLC

*s/Gregory L. Ernst*
Gregory L. Ernst (La. Bar No. 21583)
650 Poydras St., Suite 2708
New Orleans, LA 70130
Tel: 504-586-1555
gernst@ernstlawfirm.com

KENNEDY LILLIS SCHMIDT & ENGLISH
Nathan T. Williams
75 Maiden Lane, Suite 402
New York, NY 10038-4816
Tel: 212-430-0800
nwilliams@klselaw.com
Motion for Admission *Pro Hac Vice* to be submitted

**PLEASE ISSUE SUMMONS FOR SERVICE OF PROCESS AS FOLLOWS:**

Dole Ocean Cargo Express, Inc.
Through its registered agent for service of process:
CSC Services of Nevada, Inc.
2215-B Renaissance Dr.
Las Vegas, NV 89119