**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-8587** |
| **DOLE OCEAN CARGO EXPRESS INC, ET AL.** | **SECTION “B”(3)** |

**JUDGMENT AND FINAL ORDER**

Before the Court is the parties’ joint Motion for Entry of an Agreed Judgment if Dismissal with Prejudice (Rec. Doc. 27). Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Parties’ Motion (Rec. Doc. 27) is **GRANTED** and all claims, demands, and causes of action by Plaintiffs, National Union Fire Insurance Company of Pittsburgh, PA and Gerber Agri International, LLC, against Defendants, Dole Ocean Cargo Express, Inc., and Dole Honduras, in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 26th day of February, 2018.

SENIOR UNITED STATES DISTRICT JUDGE